UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON BROWN,

               Plaintiff,

          v.                         **ORDER**
                                     20-CV-3614 (WFK) (CLP)

SYNERGY 1 DEVELOPMENT CORP., et al.,

               Defendants.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      On the consent of both parties, the Court hereby VACATES the certificate of default entered on October 26, 2020. *See* ECF Nos. 9, 11. Defendants will respond to the complaint on or before Monday, May 3, 2021 at 5:00 P.M.

                                                     **SO ORDERED.**

                                                        s/ WFK
                                                _____
                                                HON. WILLIAM F. KUNTZ, II
                                                UNITED STATES DISTRICT JUDGE

Dated: April 12, 2021
       Brooklyn, New York